UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 15-60192(OG)
        Plaintiff )
         ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
Reed, Ronald )
         ) 07690104
        Defendant      USMS NUMBER

*************************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W.PALM BEACH
    U.S. District Court        FT. PIERCE
                     (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/9/15          am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Access Device Fraud
    Aggravated Identity Theft

(4) U.S. Citizen [ ] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 11/30/55

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SFL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: Surrendered

(8) Date: 4/10/15   (9) Arresting Officer: USMS
(10) Agency: USMS     (11) Phone: 9543567256
(12) Comments: _____